**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Reliable Business Resources, LLC d/b/a RBR Machine, RLB Properties, Ltd. Greek Lake Equities, LLC, Robert Kattula, Andrew Kattula and Custom Spring Manufacturing, LLC v. Rodger Brogdon and Cheryl Brogdon

Appellate case number: 01-20-00831-CV

Trial court case number: 2020-03178

Trial court: 190th District Court of Harris County

Appellants have filed an accelerated appeal from an order signed November 24, 2020, granting appellees' motion to increase the amount of the bond set in the original temporary injunction order signed November 2, 2020. In its November 24, 2020 order, the trial court ordered appellants to post an additional bond of $411,000, or to pay a cash deposit in lieu of that amount, on or before December 18, 2020.

Appellants have filed an emergency motion for temporary relief to stay the November 24, 2020 order. The Court orders appellees to file a response to appellants' emergency motion by **Wednesday, December 31, 2020**.

Pending the Court's receipt and review of appellees' response to the emergency motion, the Court **grants** the motion and **orders** the November 24, 2020 order requiring the posting of the additional $411,000 bond, or a cash deposit in lieu of that amount, **stayed**.

It is so ORDERED.


Judge's signature: _____Justice Peter Kelly_____
         ☑ Acting individually    ☐ Acting for the Court


Date: __December 18, 2020_____